IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.** 12-cr-00298-RBJ

**UNITED STATES OF AMERICA**

       **Plaintiff,**

**v.**

**1.    ABDELHAMID M. HORANY,**

       **Defendant.**

**INDICTMENT
26 U.S.C. § 7201**

The Grand Jury charges:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Internal Revenue Service ("IRS") is an agency within the Department of Treasury responsible for administering and enforcing the tax laws of the United States, and collecting taxes owed to the Treasury of the United States by its citizens and other various entities.

2. Defendant Abdelhamid M. Horany, a.k.a. Abdelhamid Mhd Awad Hourani, ("Horany"), a United States citizen, was a resident of Denver, Colorado, from at least 2003 until at least 2012.

3. Beginning in at least 2003, Horany operated a pizza business known as Euphrates Pizza, doing business as Famous Pizza ("Famous Pizza"), located at East Colfax Avenue in Denver,

1

Colorado.

4. Horany operated Famous Pizza as a sole proprietorship and the income and expenses associated with the business were reported on Schedule C, Profit and Loss From Business, attached to Horany's U.S. Individual Income Tax Returns, Forms 1040.

5. Horany maintained business bank accounts in the name of Famous Pizza including account number x6430 at Compass Bank and account number x8382 at Wells Fargo Bank. Horany was the sole signature authority for these business bank accounts.

6. Horany also maintained a personal bank account at Wells Fargo Bank with account number x9506.

**COUNT ONE**
**(26 U.S.C. § 7201- Evasion of Assessment of Taxes)**

7. General Allegations 1- 6 are incorporated as if fully set forth herein.

8. From at least 2007, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least October 15, 2008, in the District of Colorado, and elsewhere, defendant

ABDELHAMID M. HORANY,

a resident of Denver, Colorado, who during the calender year 2007 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2007, by committing or

2

causing to be committed affirmative acts of evasion, including but not limited to:

(a) on or about October 15, 2008, preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, which was filed with the Internal Revenue Service, and which substantially understated income and tax due by reporting taxable income as $154,674.00, and total tax as $32,862.00, after knowingly omitting substantial additional income from the operation of Famous Pizza; and

(b) on at least three separate occasions, including April 14, 2008, May 19, 2008, and July 21, 2008, meeting with IRS personnel and giving numerous false and inconsistent answers to questions related to, among other things, cash on hand.

All in violation of Title 26, United States Code, Section 7201.

A TRUE BILL:

<u>Ink signature on file in the Clerk's Office</u>
Foreperson


Respectfully submitted,

JOHN F. WALSH
UNITED STATES ATTORNEY

By:


s/ Monica B. Edelstein
MONICA B. EDELSTEIN
TRIAL ATTORNEY
Tax Division
601 D. Street NW
Washington, D.C. 20004
(202) 514-5624
Monica.Edelstein@usdoj.gov