IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00298-RBJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

ABDELHAMID M. HORANY,

    Defendant

---

### ORDER TO UN-RESTRICT [Docket No 10]

---

Upon motion of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED that this case and any associated documents be un-restricted.

DATED this 16th day of October, 2013

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO